UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00332-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **APPROXIMATELY $1,322,642.57 IN FUNDS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the Court upon the government's Motion for Entry of Default Judgment. (Doc. No. 8). Review of the pleadings reveals the Clerk of Court has previously entered Default, that Notice of the proceeding has been provided in accordance with law, that no claims against Defendant have been made within the time allowed, that the requested Default Judgment is for a sum certain, and that the United States of America is now entitled to all right, title, and interest in the Defendant funds, the Court enters the following Default Judgment.

## BACKGROUND

On July 25, 2022, the United States filed a Complaint (Doc. No. 1) against the defendant, approximately $1,322,642.57 in funds seized from Wells Fargo account XXXXX6021 held in the name of Adrienne Blount. The Complaint alleged that the Funds constitute or are derived from proceeds of wire fraud in violation of 18 U.S.C. § 1343 and are therefore subject to forfeiture.

From July 26, 2022 through August 24, 2022, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication (Doc. No. 5) of this action. Further, the Government mailed direct notice (Doc. No. 4) of the Complaint to

1

- Adrienne Blount

- Aqua-Land Pools & Spas, Inc.

Notice of the forfeiture of the Funds has been properly published and directly provided, there are no claims as to the Funds, and the time for filing claims has expired.

## ORDER

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the government's Motion for Entry of Default Judgment (Doc No. 8) is **GRANTED** and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States of America and against the defendant **APPROXIMATELY $1,322,642.57 IN FUNDS,** providing that all right, title, and interest of all persons in the world in or to the **APPROXIMATELY $1,322,642.57 IN FUNDS** seized from Adrienne Blount is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

Signed: October 26, 2022

Max O. Cogburn Jr.
United States District Judge